**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-32041-H5-7 |
| | § | |
| SPORTS at THE B.U.S., LTD. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $23,146.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $314,017.72 | | |

3)      Total gross receipts of $322,312.81  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $8,295.09 (see **Exhibit 2),** yielded net receipts of $314,017.72 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $38,984.09 | $5,509.06 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $313,511.94 | $304,423.84 | $304,423.84 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $26,237.81 | $9,593.88 | $9,593.88 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $71,765.59 | $71,765.59 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $236,400.00 | $442,262.75 | $78,386.56 | $0.00 |
| **Total Disbursements** | $236,400.00 | $892,762.18 | $469,678.93 | $314,017.72 |

4). This case was originally filed under chapter 11 on 03/02/2011. The case was converted to one under Chapter 7 on 11/10/2011. The case was pending for 160 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/19/2025          By:   /s/ Ronald J. Sommers
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Cash on Hand | 1129-000 | $13,445.25 |
| Claim against Markel International Insurance Company Limited and Paul Odom | 1129-000 | $250,000.00 |
| Miscellaneous Refunds | 1229-000 | $466.44 |
| Recoveries by Receiver Riecke Baumann | 1229-000 | $40,703.62 |
| Settlement with Steven Matthews, J. Brame and Hunter's Creek Elementary School PTA | 1241-000 | $11,697.50 |
| Adv. #12-03178; RJS, Trustee vs. Todd Dixon, Dawn E. Dixon & Downtown Sports, LLC | 1249-000 | $3,000.00 |
| Adv. #12-03418:  RJS v. Dixon Family Trust et al. | 1249-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $322,312.81 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| UBS Financial Services, Inc. | Exemptions | 8100-002 | $8,295.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $8,295.09 |

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Harris County, et al | 4110-000 | $0.00 | $5,509.06 | $5,509.06 | $0.00 |
| 28 | James Brame | 4110-000 | $0.00 | $33,475.03 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $38,984.09 | $5,509.06 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $18,950.89 | $9,862.79 | $9,862.79 |
| George Adams & Co. | 2300-000 | NA | $283.01 | $283.01 | $283.01 |
| International Sureties, Ltd. | 2300-000 | NA | $59.64 | $59.64 | $59.64 |

| Public Stoarge | 2410-000 | NA | $557.99 | $557.99 | $557.99 |
|---|---|---|---|---|---|
| Public Storage | 2410-000 | NA | $1,336.00 | $1,336.00 | $1,336.00 |
| Green Bank | 2600-000 | NA | $9,282.73 | $9,282.73 | $9,282.73 |
| Veritex Community Bank | 2600-000 | NA | $412.68 | $412.68 | $412.68 |
| United States Trustee | 2950-000 | NA | $1,300.09 | $1,300.09 | $1,300.09 |
| C-MACK SERVICES, INC. | 2990-000 | NA | $1,632.44 | $1,632.44 | $1,632.44 |
| Carol Davis Reporting, Records & Video, Inc. | 2990-000 | NA | $5,541.39 | $5,541.39 | $5,541.39 |
| Clerk, U.S.B.C. | 2990-000 | NA | $46.00 | $46.00 | $46.00 |
| Eagle County Clerk | 2990-000 | NA | $31.00 | $31.00 | $31.00 |
| Eagle County Clerk & Recorder | 2990-000 | NA | $17.25 | $17.25 | $17.25 |
| Galveston County | 2990-000 | NA | $30.00 | $30.00 | $30.00 |
| Guadalupe County | 2990-000 | NA | $30.00 | $30.00 | $30.00 |
| Guadalupe County Clerk | 2990-000 | NA | $20.00 | $20.00 | $20.00 |
| Harris County | 2990-000 | NA | $22.00 | $22.00 | $22.00 |
| Harris County Clerk | 2990-000 | NA | $24.00 | $24.00 | $24.00 |
| Internal Revenue Service | 2990-000 | NA | $19,825.26 | $19,825.26 | $19,825.26 |
| JPMorgan Chase Bank., N.A. | 2990-000 | NA | $56.54 | $56.54 | $56.54 |
| Judicial Transcribers of Texas, LLC | 2990-000 | NA | $38.80 | $38.80 | $38.80 |
| Stewart Title | 2990-000 | NA | $405.93 | $405.93 | $405.93 |
| Stewart Title Company | 2990-000 | NA | $784.82 | $784.82 | $784.82 |
| Stewart Title Company of San Antonio | 2990-000 | NA | $324.38 | $324.38 | $324.38 |
| Travis County | 2990-000 | NA | $30.00 | $30.00 | $30.00 |
| Attorney for Trustee | 3110-000 | NA | $130,965.00 | $130,965.00 | $130,965.00 |
| Attorney for Trustee | 3120-000 | NA | $3,570.94 | $3,570.94 | $3,570.94 |
| Attorney for Trustee | 3210-000 | NA | $83,333.33 | $83,333.33 | $83,333.33 |
| Attorney for Trustee | 3220-000 | NA | $2,507.39 | $2,507.39 | $2,507.39 |
| Fees, Accountant for Trustee | 3410-000 | NA | $6,734.50 | $6,734.50 | $6,734.50 |
| Expenses, Accountant for Trustee | 3420-000 | NA | $147.06 | $147.06 | $147.06 |
| Arbitrator/Mediator for Trustee | 3721-000 | NA | $8,106.88 | $8,106.88 | $8,106.88 |
| Arbitrator/Mediator for Trustee | 3722-000 | NA | $368.42 | $368.42 | $368.42 |
| Charlie Gerhardt, | 3991-000 | NA | $16,735.58 | $16,735.58 | $16,735.58 |

| | | | | |
|---|---|---|---|---|
| CPA, Other Professional | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $313,511.94 | $304,423.84 | $304,423.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Margaret M. McClure, Attorney at Law | 6210-160 | NA | $1,782.52 | $1,782.52 | $0.00 |
| Clerk, US Bankruptcy Court (Margaret M. McClure, Attorney at Law) | 6210-161 | NA | $0.00 | $0.00 | $1,782.52 |
| NCN Group, Inc. | 6920-000 | NA | $10,566.86 | $0.00 | $0.00 |
| NCN Group, Inc., Other Prior Chapter Administrative | 6990-000 | NA | $13,888.43 | $7,811.36 | $7,811.36 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $26,237.81 | $9,593.88 | $9,593.88 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Comptroller of Public Accounts | 5800-000 | $0.00 | $44,462.19 | $44,462.19 | $0.00 |
| 6 | Internal Revenue Service | 5800-000 | $0.00 | $12,193.11 | $12,193.11 | $0.00 |
| 9 | Texas Workforce Commission | 5800-000 | $0.00 | $464.89 | $464.89 | $0.00 |
| 17 | Darlene Casale | 5300-000 | $0.00 | $4,800.00 | $4,800.00 | $0.00 |
| 21 | Michelle Sifuentes | 5300-000 | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| 24 | Jillian Cerda | 5300-000 | $0.00 | $5,400.00 | $5,400.00 | $0.00 |
| | Internal Revenue Service Federal Unemployment (Employer) | 5300-000 | $0.00 | $79.20 | $79.20 | $0.00 |
| | Internal Revenue Service Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Medicare | 5300-000 | $0.00 | $191.40 | $191.40 | $0.00 |

| | (Employer) | | | | | |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service Social Security (Employer) | 5300-000 | $0.00 | $818.40 | $818.40 | $0.00 |
| | TEXAS EMPLOYMENT COMMISSION State Unemployment (Employer) | 5300-000 | $0.00 | $356.40 | $356.40 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $71,765.59 | $71,765.59 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NTN Buzztime, Inc. | 7100-000 | $0.00 | $4,401.16 | $4,401.16 | $0.00 |
| 2 | Internal Revenue Service | 7100-000 | $20,000.00 | $21,134.61 | $0.00 | $0.00 |
| 3 | Comptroller of Public Accounts | 7100-000 | $70,000.00 | $51,604.79 | $51,604.79 | $0.00 |
| 5 | Comptroller of Public Accounts | 7100-000 | $0.00 | $4,115.52 | $4,115.52 | $0.00 |
| 6a | Internal Revenue Service | 7100-000 | $0.00 | $7,862.87 | $7,862.87 | $0.00 |
| 7 | City of Houston P.W.E. | 7100-000 | $0.00 | $659.41 | $659.41 | $0.00 |
| 8 | JDJS, LLC | 7100-000 | $8,400.00 | $9,604.79 | $9,604.79 | $0.00 |
| 11 | Texas Workforce Commission | 7100-000 | $0.00 | $138.02 | $138.02 | $0.00 |
| 12 | Cokinos, Bosien & Young | 7100-000 | $0.00 | $3,605.67 | $0.00 | $0.00 |
| 13 | NTN Buzztime Inc | 7100-000 | $0.00 | $4,401.16 | $0.00 | $0.00 |
| 14 | NCN Group, Inc. | 7100-000 | $0.00 | $121,650.68 | $0.00 | $0.00 |
| 16 | NCN Group, Inc. | 7100-000 | $48,000.00 | $6,867.07 | $0.00 | $0.00 |
| 18 | NCN Group, Inc. | 7100-000 | $0.00 | $900.00 | $0.00 | $0.00 |
| 19 | NCN Group, Inc. | 7100-000 | $0.00 | $2,220.00 | $0.00 | $0.00 |
| 22 | J K Core Enterprise | 7100-000 | $0.00 | $25,000.00 | $0.00 | $0.00 |
| 23 | John Soper | 7100-000 | $0.00 | $15,000.00 | $0.00 | $0.00 |
| 25 | Todd Dixon | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | Dawn Dixon | 7100-000 | $0.00 | $45,000.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | Downtown Sports LLC | 7100-000 | $0.00 | $67,500.00 | $0.00 | $0.00 |
| 28A | James Brame | 7100-000 | $0.00 | $50,597.00 | $0.00 | $0.00 |
| | City of Houston, Water Department | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | DIRECTV | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| | Green Mountain Energy Company | 7100-000 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| | NTN Buzztime, Inc. | 7100-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| | OnDuty Systems, LP | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| | Todd Dixon | 7100-000 | $60,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $236,400.00 | $442,262.75 | $78,386.56 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| | |
|---|---|
| Case No.: | 11-32041-H5-7 |
| Case Name: | SPORTS at THE B.U.S., LTD. |
| For the Period Ending: | 3/19/2025 |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Date Filed (f) or Converted (c): | 11/10/2011 (c) |
| §341(a) Meeting Date: | 11/30/2011 |
| Claims Bar Date: | 03/05/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand | $2,649.69 | $13,445.25 | | $13,445.25 | FA |
| 2 | Checking Acct for 1410 Bell Street | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Acct for 1800 Texas Ave, Houston, TX 77003 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Security deposit for water service | $2,400.00 | $0.00 | | $0.00 | FA |
| 5 | Security Deposit with Green Mountain | $700.00 | $0.00 | | $0.00 | FA |
| 6 | Security Deposit with JDJS, LLC, Landlord | $4,000.00 | $0.00 | | $0.00 | FA |
| 7 | Security Deposit with NCN Group, Inc., Landlord | $12,500.00 | $0.00 | | $0.00 | FA |
| 8 | Claim against Markel International Insurance Company Limited and Paul Odom | $250,000.00 | $250,000.00 | | $250,000.00 | FA |
| Asset Notes: | #86 01/10/12 | | | | | |
| 9 | Office Furniture and Equipment in sports bar at 1410 Bell Street, Houston, TX 77002: Desk: $5.00; Telephone: $1.00 | $6.00 | $0.00 | | $0.00 | FA |
| 10 | Office Furniture and Equipment in sports bar at 1800 Texas Avenue, Houston, TX 77003: Desk and chairs: $10.00 | $10.00 | $0.00 | | $0.00 | FA |
| 11 | Business equipment, fixtures and supplies in sports bar at 1800 Texas Avenue, Houston, TX 77003 | $635.00 | $0.00 | | $0.00 | FA |
| 12 | Business equipment, fixtures and supplies in sports bar at 1410 Bell Street, Houston, TX 77002 | $415.00 | $0.00 | | $0.00 | FA |
| 13 | Inventory of beverages and shirts at 1410 Bell Street, Houston, TX 77002, 1800 Texas Ave., Houston, TX 77003 and Todd Dixon's house | $300.00 | $0.00 | | $0.00 | FA |
| 14 | Items in storage at Katy, Texas | $2,180.00 | $0.00 | | $0.00 | FA |
| 15 | Liquor License dba B.U.S. | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Occupancy License dba B.U.S. | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit 8

| Case No.: | 11-32041-H5-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | SPORTS at THE B.U.S., LTD. | Date Filed (f) or Converted (c): | 11/10/2011 (c) |
| For the Period Ending: | 3/19/2025 | §341(a) Meeting Date: | 11/30/2011 |
| | | Claims Bar Date: | 03/05/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Adv. #12-03178; RJS, Trustee vs. Todd Dixon, Dawn E. Dixon & Downtown Sports, LLC **(u)** | Unknown | $3,000.00 | | $3,000.00 | FA |
| Asset Notes: | #283 07/15/24 | | | | | |
| 18 | Miscellaneous Refunds **(u)** | Unknown | $466.44 | | $466.44 | FA |
| 19 | Recoveries by Receiver Riecke Baumann **(u)** | Unknown | $40,703.62 | | $40,703.62 | FA |
| 20 | VOID - Duplicate entry of Asset #14 | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Adv. #12-03418:  RJS v. Dixon Family Trust et al. **(u)** | $0.00 | $3,000.00 | | $3,000.00 | $0.00 |
| Asset Notes: | #283 07/15/24 | | | | | |
| 22 | Settlement with Steven Matthews, J. Brame and Hunter's Creek Elementary School PTA **(u)** | $0.00 | $11,697.50 | | $11,697.50 | FA |
| Asset Notes: | #218 09/09/13 | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $275,795.69 | $322,312.81 | $322,312.81 | $0.00 |

**Major Activities affecting case closing:**

| 03/19/2025 | TDR SUBMITTED |
|---|---|
| 08/30/2024 | TFR SUBMITTED |
| 03/30/2024 | Trustee has found a potential buyer for the judgment against Todd Dixon in Adv. #12-03178 and claims pending in Adv. #12-03148.  Negotiations are pending.  Trustee anticipates an agreement on terms will be reached and will file a motion to assign the judgment and claims.  The Trustee is currently projecting submission of the TFR on or before 06/30/24. |
| 03/30/2024 | Trustee has found a potential buyer for the judgment against Todd Dixon in Adv. #12-03178 and claims pending in Adv. #12-03148.  Negotiations are pending.  Trustee anticipates an agreement on terms will be reached and will file a motion to assign the judgment and claims.  The Trustee is currently projecting submission of the TFR on or before 06/30/24. |
| 03/30/2024 | Trustee has found a potential buyer for the judgment against Todd Dixon in Adv. #12-03178 and claims pending in Adv. #12-03148.  Negotiations are pending.  Trustee anticipates an agreement on terms will be reached and will file a motion to assign the judgment and claims.  The Trustee is currently projecting submission of the TFR on or before 06/30/24. |
| 03/30/2024 | Trustee has found a potential buyer for the judgment against Todd Dixon in Adv. #12-03178 and claims pending in Adv. #12-03148.  Negotiations are pending.  Trustee anticipates an agreement on terms will be reached and will file a motion to assign the judgment and claims.  The Trustee is currently projecting submission of the TFR on or before 06/30/24. |
| 03/30/2023 | The court-appointed receiver has seized assets of Todd Dixon, a judgment debtor, and is bringing actions against Mr. Dixon, including a claim against exempt properties.  A hearing has been set for 05/03/23. |
| 03/30/2022 | The Receiver had a status conference with the judge in March, 2022.  Judge Jones is aware of the case, but because it's a jury trial, it's taking longer to get on the court's docket.  Due to COVID, there is a back-up in the federal criminal courts for jury trials.  As soon as an opening comes up, the trial will be scheduled. |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3          Exhibit 8

| | |
|---|---|
| **Case No.:** | 11-32041-H5-7 |
| **Case Name:** | SPORTS at THE B.U.S., LTD. |
| **For the Period Ending:** | 3/19/2025 |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Date Filed (f) or Converted (c):** | 11/10/2011 (c) |
| **§341(a) Meeting Date:** | 11/30/2011 |
| **Claims Bar Date:** | 03/05/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 03/30/2021 | Judge Jones appointed Famose Garner as a receiver in pursuing litigation against the family of Todd Dixon.  Mr. Garner is essentially special counsel for the Trustee.  Mr. Garner is prepared for trial and is waiting for a trial date from the court. The defendants have requested a jury trial. |
| 03/03/2020 | The trial has been continued.  The court-appointed receiver litigating the matter was called into military service. |
| 03/30/2019 | Trial in the pending litigation has been set for 10/15/19. Once the litigation is settled, attorneys and accountants will need to file their final fee applications and the Trustee will submit the TFR as soon as possible.  The Trustee is doing everything possible to close this case. |
| 09/30/2017 | There are two adversary proceedings pending.  The Trustee has obtained a judgment against Todd Dixon in one and is pursuing collection of same.  A receiver has been appointed in both adversaries.  Once the litigation is settled, attorneys and accountants will need to file their final fee applications and the Trustee will submit the TFR.  The Trustee is doing everything possible to close this case. |
| 09/30/2016 | There are two adversary proceedings pending.  The Trustee has obtained a judgment against Todd Dixon in one and is pursuing collection of same.  A receiver has been appointed in both adversaries and a trial date will be scheduled.  Once the litigation is settled, attorneys and accountants will need to file their final fee applications and the Trustee will submit the TFR.  The Trustee anticipates and will do everything possible to make this will happen within the next year. |
| 09/30/2015 | Trustee obtained a judgment against Todd Dixon.  Trustee is still pursuing collection efforts against Todd Dixon. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | **Current Projected Date Of Final Report (TFR):** | 07/31/2024 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-32041-H5-7 | |
| **Case Name:** | SPORTS at THE B.U.S., LTD. | |
| **Primary Taxpayer ID #:** | **-***6749 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/2/2011 | |
| **For Period Ending:** | 3/19/2025 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******4101 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $6,311,062.50 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/23/2012 | (8) | Markel Corporation | #86 01/10/12 Ike Damage Settlement | 1129-000 | $85,896.72 | | $85,896.72 |
| 01/30/2012 | (18) | Darlene Dixon | Copies of documents | 1229-000 | $169.20 | | $86,065.92 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.77 | $86,030.15 |
| 02/01/2012 | (18) | U.S. Concepts LLC | Checks from Debtor | 1229-000 | $240.00 | | $86,270.15 |
| 02/01/2012 | (18) | IPFS Corporation | Checks from the Debtor | 1229-000 | $24.69 | | $86,294.84 |
| 02/03/2012 | (8) | Markel Corporation | #86 01/10/12 Ike Damage Settlement | 1129-000 | $164,103.28 | | $250,398.12 |
| 02/08/2012 | (1) | Todd Dixon | Funds on Deposit | 1129-000 | $2,385.00 | | $252,783.12 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $363.50 | $252,419.62 |
| 03/16/2012 | 1001 | C-MACK SERVICES, INC. | #239 06/11/16 INV #00.21055 & 00.21070 SERVICE ON TODD DIXON AND DAWN DIXON | 2990-000 | | $247.32 | $252,172.30 |
| 03/26/2012 | (18) | AT&T | Misc Refund | 1229-000 | $32.55 | | $252,204.85 |
| 03/29/2012 | 1002 | Harris County Clerk | Copies of Real Property Records Documents | 2990-000 | | $24.00 | $252,180.85 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $420.41 | $251,760.44 |
| 04/09/2012 | 1003 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv. #164806 Deposition of Dawn Dixon & Certificate of Non-Appearance for Todd Dixon | 2990-000 | | $639.91 | $251,120.53 |
| 04/16/2012 | 1004 | C-Mack Services, Inc. | #239 06/11/16 Inv #00.21268 ($119.08) -- Service on Downtown Sports, LLC Inv. #12.0474 ($110.00)-- Service on Todd Dixon Inv. #00-21266 ($112.00)-- Service on Dawn Dixon | 2990-000 | | $341.08 | $250,779.45 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $379.31 | $250,400.14 |
| 05/10/2012 | 1005 | Nathan Sommers Jacobs | #119 05/10/12 Attorney Fees & Expenses | * | | $36,909.15 | $213,490.99 |
| | | | $(36,503.50) | 3110-000 | | | $213,490.99 |
| | | | $(405.65) | 3120-000 | | | $213,490.99 |
| | | | **SUBTOTALS** | | $252,851.44 | $39,360.45 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-32041-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SPORTS at THE B.U.S., LTD. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6749 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 3/2/2011 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/19/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $369.48 | $213,121.51 |
| 06/01/2012 | 1006 | Barton Law Firm | #123 05/17/12 Special Counsel Fees & Expenses | * | | $85,840.72 | $127,280.79 |
| | | | $(83,333.33) | 3210-000 | | | $127,280.79 |
| | | | $(2,507.39) | 3220-000 | | | $127,280.79 |
| 06/06/2012 | 1007 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv #164871 Job #01-72195 Transcript of Todd Dixon | 2990-000 | | $914.14 | $126,366.65 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $226.59 | $126,140.06 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $196.98 | $125,943.08 |
| 08/01/2012 | 1008 | Charlie Gerhardt, CPA | #155 07/31/12 Expert's Fees | 3991-000 | | $16,735.58 | $109,207.50 |
| 08/01/2012 | 1009 | Wells Fargo | Void | 2990-000 | | $172.30 | $109,035.20 |
| 08/01/2012 | 1009 | VOID: Wells Fargo | Void | 2990-003 | | ($172.30) | $109,207.50 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $199.38 | $109,008.12 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $153.20 | $108,854.92 |
| 10/12/2012 | 1010 | C-Mack Services, Inc. | #239 06/11/16 Inv. #00.22526 Service on Dixon Family Trust, Darlene Dixon, Dawn Dixon and Todd Dixon | 2990-000 | | $300.00 | $108,554.92 |
| 10/30/2012 | 1011 | C-Mack Services, Inc. | #239 06/11/16 Inv. #00.22594-Service on Randy Bullard Inv. #00.22620--Service on Lynn Bullard | 2990-000 | | $245.10 | $108,309.82 |
| 10/30/2012 | 1012 | Judicial Transcribers of Texas, LLC | Inv. #50531 Transcript of Em Mtn for Relief Hrg | 2990-000 | | $38.80 | $108,271.02 |
| 10/30/2012 | 1013 | George Adams & Co. | Bond Payment | 2300-000 | | $108.76 | $108,162.26 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $175.51 | $107,986.75 |
| 10/31/2012 | 1014 | Public Stoarge | Storage Fees for boxes; paid for a year in advance | 2410-000 | | $557.99 | $107,428.76 |
| 11/08/2012 | (1) | Todd Dixon | Cash on Hand | 1129-000 | $10,000.00 | | $117,428.76 |
| | | | **SUBTOTALS** | | **$10,000.00** | **$106,062.23** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-32041-H5-7 | **Trustee Name:** Ronald J. Sommers |
| **Case Name:** | SPORTS at THE B.U.S., LTD. | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***6749 | **Checking Acct #:** ******4101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** CHK |
| **For Period Beginning:** | 3/2/2011 | **Blanket bond (per case limit):** $6,311,062.50 |
| **For Period Ending:** | 3/19/2025 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/08/2012 | 1015 | Stewart Title Company of San Antonio | Inv #119367 Ownership & Encumbrance Reports | 2990-000 | | $324.38 | $117,104.38 |
| 11/08/2012 | 1016 | Nathan Sommers Jacobs | #183 11/06/12 Attorney Fees & Expenses | * | | $18,140.48 | $98,963.90 |
| | | | $(17,796.50) | 3110-000 | | | $98,963.90 |
| | | | $(343.98) | 3120-000 | | | $98,963.90 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $172.52 | $98,791.38 |
| 12/05/2012 | 1017 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv. #165738 Job #01-72935 | 2990-000 | | $480.72 | $98,310.66 |
| 12/20/2012 | 1018 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv. #165784 Transcript of S. Matthews | 2990-000 | | $431.29 | $97,879.37 |
| 12/20/2012 | 1019 | Eagle County Clerk & Recorder | Recording Fees | 2990-000 | | $17.25 | $97,862.12 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $148.49 | $97,713.63 |
| 01/03/2013 | 1020 | Clerk, U.S.B.C. | Witness Fee | 2990-000 | | $46.00 | $97,667.63 |
| 01/04/2013 | (22) | Steven C. Matthews | #218 09/09/13 Settlement | 1241-000 | $9,000.00 | | $106,667.63 |
| 01/08/2013 | 1021 | Guadalupe County Clerk | Recording Fee (Atty Bar # 18842500) | 2990-000 | | $20.00 | $106,647.63 |
| 01/28/2013 | 1022 | Eagle County Clerk | Filing Fee | 2990-000 | | $31.00 | $106,616.63 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $169.32 | $106,447.31 |
| 02/05/2013 | 1023 | Stewart Title | Inv. #5648 O&E Report on 942 Boros, Houston, TX 77024 | 2990-000 | | $135.31 | $106,312.00 |
| 02/18/2013 | (19) | Riecke Baumann | Receipts from Receiver | 1229-000 | $34,908.62 | | $141,220.62 |
| 02/19/2013 | 1024 | Stewart Title | Inv. #7219 & Inv. #7218 O & E Reports for 1015 South Ripple Creek #46 & 1019 South Voss #42 | 2990-000 | | $270.62 | $140,950.00 |
| 02/19/2013 | 1025 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv. #165979 Deposition of Darlene Dixon | 2990-000 | | $461.75 | $140,488.25 |
| 02/27/2013 | (19) | Riecke Baumann | Proceeds turned over for Suburban | 1229-000 | $4,800.00 | | $145,288.25 |
| | | | **SUBTOTALS** | | $48,708.62 | $20,849.13 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-32041-H5-7 | |
| **Case Name:** | SPORTS at THE B.U.S., LTD. | |
| **Primary Taxpayer ID #:** | **-***6749 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/2/2011 | |
| **For Period Ending:** | 3/19/2025 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******4101 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $6,311,062.50 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $173.47 | $145,114.78 |
| 03/01/2013 | (22) | Professional Amusement Services, Inc. | #218 09/09/13 Settlement | 1241-000 | $197.50 | | $145,312.28 |
| 03/08/2013 | 1026 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv. #166079 Transcript of James Brame & Kelli Torres | 2990-000 | | $647.09 | $144,665.19 |
| 03/22/2013 | (19) | Jerry Aguilar | Funds from Receiver Rent from 1015 S. Ripple Creek #46 | 1229-000 | $995.00 | | $145,660.19 |
| 03/22/2013 | 1027 | Stewart Title Company | Invoice #7576 O&E Report for 17719 San Luis Pass Galveston, TX 77554 | 2990-000 | | $135.31 | $145,524.88 |
| 03/28/2013 | 1028 | C-Mack Services, Inc. | #239 06/11/16 #00.23442 & 00.23441 Service on Dawn Dixon and James Brame | 2990-000 | | $234.94 | $145,289.94 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $234.29 | $145,055.65 |
| 04/04/2013 | 1029 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv. #166195 Transcript of Todd Dixon | 2990-000 | | $432.74 | $144,622.91 |
| 04/04/2013 | 1030 | JPMorgan Chase Bank., N.A. | Copies/Research Fees Case ID: SB45803-I1 ($26.99) and SB455854-I1 (29.55) | 2990-000 | | $56.54 | $144,566.37 |
| 04/08/2013 | (22) | Hunters Creek Elementary School PTA | #218 09/09/13 Settlement | 1241-000 | $2,500.00 | | $147,066.37 |
| 04/15/2013 | 1031 | C-Mack Services, Inc. | #239 06/11/16 Inv. #00.23557 | 2990-000 | | $77.00 | $146,989.37 |
| 04/29/2013 | 1032 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv. #166257; Job #01-73487 Transcripts of Todd and Dawn Dixon | 2990-000 | | $905.78 | $146,083.59 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $228.83 | $145,854.76 |
| 05/30/2013 | 1033 | C-Mack Services, Inc. | #239 06/11/16 Inv. #00.23850 Service on Dawn Dixon | 2990-000 | | $75.00 | $145,779.76 |
| | | | **SUBTOTALS** | | $3,692.50 | $3,200.99 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-32041-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SPORTS at THE B.U.S., LTD. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6749 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 3/2/2011 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/19/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $250.55 | $145,529.21 |
| 06/13/2013 | 1034 | NCN Group | #175 09/20/12 Allowed Chapter 11 Admin Claim | 2410-000 | | $7,811.00 | $137,718.21 |
| 06/13/2013 | 1034 | VOID: NCN Group | (wrong amount -- check will be re-issued) | 6990-003 | | ($7,811.00) | $145,529.21 |
| 06/13/2013 | 1035 | NCN Group, Inc. | #175 09/20/12 Allowed Chapter 11 Admin Expense | 6990-000 | | $7,811.36 | $137,717.85 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $212.12 | $137,505.73 |
| 07/16/2013 | 1036 | Riecke Baumann, Receiver | #241 07/11/13 (Adv. 12-03178) Receiver Fees & Expenses | * | | $8,475.30 | $129,030.43 |
| | | | $(8,106.88) | 3721-000 | | | $129,030.43 |
| | | | $(368.42) | 3722-000 | | | $129,030.43 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $228.76 | $128,801.67 |
| 07/31/2013 | 1037 | Nathan Sommers Jacobs | #214 07/29/13 Attorney Fees & Expenses | * | | $43,629.66 | $85,172.01 |
| | | | $(41,618.00) | 3110-000 | | | $85,172.01 |
| | | | $(2,011.66) | 3120-000 | | | $85,172.01 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $154.03 | $85,017.98 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $123.91 | $84,894.07 |
| 10/04/2013 | 1038 | George Adams & Co. | Chapter 7 Trustee Blanket Bond Payment | 2300-000 | | $89.39 | $84,804.68 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $136.89 | $84,667.79 |
| 11/13/2013 | 1039 | Carol Davis Reporting, Records & Video, Inc. | #239 06/11/16 Inv. #167019 Transcript of Todd Dixon | 2990-000 | | $627.97 | $84,039.82 |
| 11/19/2013 | 1040 | Public Storage | Unit #2416 Paid storage fees through 10/31/1014 | 2410-000 | | $668.00 | $83,371.82 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $135.82 | $83,236.00 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $129.98 | $83,106.02 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $142.76 | $82,963.26 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $120.92 | $82,842.34 |
| | | | **SUBTOTALS** | | $0.00 | $62,937.42 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 11-32041-H5-7 |
| Case Name: | SPORTS at THE B.U.S., LTD. |
| Primary Taxpayer ID #: | **-***6749 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 3/2/2011 |
| For Period Ending: | 3/19/2025 |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******4101 |
| Account Title: | CHK |
| Blanket bond (per case limit): | $6,311,062.50 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $125.05 | $82,717.29 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $129.17 | $82,588.12 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $137.57 | $82,450.55 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $124.46 | $82,326.09 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $132.84 | $82,193.25 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $136.91 | $82,056.34 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $123.87 | $81,932.47 |
| 10/23/2014 | 1041 | George Adams & Co. | Pro rata share of Chapter 7 Trustee Blanket Bond | 2300-000 | | $84.86 | $81,847.61 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $140.71 | $81,706.90 |
| 11/21/2014 | 1042 | Public Storage | Unit #2416 Paid storage fees through 10/31/1015 | 2410-000 | | $668.00 | $81,038.90 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $118.91 | $80,919.99 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $130.58 | $80,789.41 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $134.57 | $80,654.84 |
| 02/12/2015 | (1) | Cash Found in Boxes in Storage | Cash found in boxes in storage facility | 1129-000 | $1,060.25 | | $81,715.09 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $118.49 | $81,596.60 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $127.42 | $81,469.18 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $127.22 | $81,341.96 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $131.26 | $81,210.70 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $126.82 | $81,083.88 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $139.28 | $80,944.60 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $122.19 | $80,822.41 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $126.21 | $80,696.20 |
| 10/08/2015 | 1043 | International Sureties, Ltd. | Pro rata portion of Chapter 7 Blanket Bond | 2300-000 | | $33.50 | $80,662.70 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $134.38 | $80,528.32 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $121.56 | $80,406.76 |
| | | | **SUBTOTALS** | | $1,060.25 | $3,495.83 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-32041-H5-7 | |
| **Case Name:** | SPORTS at THE B.U.S., LTD. | |
| **Primary Taxpayer ID #:** | **-***6749 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/2/2011 | |
| **For Period Ending:** | 3/19/2025 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******4101 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $6,311,062.50 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/16/2015 | 1044 | C-Mack Services, Inc. | #239 06/11/16 Inv. #00.26880 Service on Todd Dixon | 2990-000 | | $112.00 | $80,294.76 |
| 12/30/2015 | 1045 | UBS Financial Services, Inc. | #328 12/30/15 FBO: Todd R. Dixon SEP IRA Account No. 1B47029T2 Return of Proceeds from Exempt Retirement Fund | 8100-002 | | $8,295.09 | $71,999.67 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $129.69 | $71,869.98 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $122.02 | $71,747.96 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $108.30 | $71,639.66 |
| 03/18/2016 | 1046 | Internal Revenue Service | #233 03/09/16 | 2990-000 | | $19,825.26 | $51,814.40 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $113.54 | $51,700.86 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $83.42 | $51,617.44 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $80.60 | $51,536.84 |
| 06/16/2016 | 1047 | Nathan Sommers Jacobs, P.C. | #238 06/11/16 Attorney Fees & Expenses | * | | $35,856.65 | $15,680.19 |
| | | | $(35,047.00) | 3110-000 | | | $15,680.19 |
| | | | $(809.65) | 3120-000 | | | $15,680.19 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $59.95 | $15,620.24 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $25.20 | $15,595.04 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $25.16 | $15,569.88 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $25.93 | $15,543.95 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $23.46 | $15,520.49 |
| 11/01/2016 | 1048 | International Sureties, Ltd. | Bond #016071777 Chapter 7 Blanket Bond Region 7 | 2300-000 | | $4.88 | $15,515.61 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $24.23 | $15,491.38 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $24.99 | $15,466.39 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $24.95 | $15,441.44 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $22.50 | $15,418.94 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $26.48 | $15,392.46 |
| | | | **SUBTOTALS** | | $0.00 | $65,014.30 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-32041-H5-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | SPORTS at THE B.U.S., LTD. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6749 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 3/2/2011 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/19/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $22.43 | $15,370.03 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $24.80 | $15,345.23 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $25.56 | $15,319.67 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.12 | $15,296.55 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $24.68 | $15,271.87 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $24.64 | $15,247.23 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.81 | $15,223.42 |
| 11/02/2017 | 1049 | International Sureties, Ltd. | Chapter 7 Trustee Blanket Bond | 2300-000 | | $5.34 | $15,218.08 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $23.76 | $15,194.32 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $24.51 | $15,169.81 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $24.47 | $15,145.34 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $22.07 | $15,123.27 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $25.19 | $15,098.08 |
| 04/24/2018 | 1050 | Munshi CPA, P.C. | #257 04/16/18 Accountant Fees & Expenses | * | | $6,881.56 | $8,216.52 |
| | | | Fees                              $(6,734.50) | 3410-000 | | | $8,216.52 |
| | | | Expenses                          $(147.06) | 3420-000 | | | $8,216.52 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $22.79 | $8,193.73 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $17.87 | $8,175.86 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $13.19 | $8,162.67 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $12.74 | $8,149.93 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $14.42 | $8,135.51 |
| 10/25/2018 | 1051 | International Sureties, Ltd. | Pro rata portion of Chapter 7 Trustee bond | 2300-000 | | $2.08 | $8,133.43 |
| 10/10/2019 | 1052 | International Sureties, Ltd. | Pro Rate Portion of Chapter 7 Trustee Bond | 2300-000 | | $2.41 | $8,131.02 |
| 10/21/2020 | 1053 | International Sureties, Ltd. | Estate's Pro Rata Portion of Chapter 7 Trustee Bond | 2300-000 | | $2.77 | $8,128.25 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.54 | $8,114.71 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.24 | $8,102.47 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.07 | $8,089.40 |
| | | | **SUBTOTALS** | | $0.00 | $7,303.06 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-32041-H5-7 | Trustee Name: Ronald J. Sommers |
| Case Name: | SPORTS at THE B.U.S., LTD. | Bank Name: Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6749 | Checking Acct #: ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: CHK |
| For Period Beginning: | 3/2/2011 | Blanket bond (per case limit): $6,311,062.50 |
| For Period Ending: | 3/19/2025 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.05 | $8,076.35 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.77 | $8,064.58 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.01 | $8,051.57 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.41 | $8,038.16 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.13 | $8,026.03 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.53 | $8,013.50 |
| 07/08/2021 | 1054 | Stewart Title Company | Inv. #271370 Nothing Further Certificate - 942 Boros | 2990-000 | | $189.44 | $7,824.06 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $13.24 | $7,810.82 |
| 08/10/2021 | 1055 | Stewart Title Company | Inv. #303937 O&E Report - 553 Woodlake Dr, McQueeney, TX | 2990-000 | | $189.44 | $7,621.38 |
| 08/10/2021 | 1056 | Stewart Title Company | Inv. #303976 O&E Report - 14111 Barryknoll, Houston, TX 77079 | 2990-000 | | $189.44 | $7,431.94 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.96 | $7,419.98 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.58 | $7,408.40 |
| 10/06/2021 | 1057 | International Sureties, Ltd. | Pro Rata Portion of Chapter 7 Trustee Bond 10/01/21 to 10/02/22 | 2300-000 | | $2.45 | $7,405.95 |
| 10/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.95 | $7,394.00 |
| 11/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.54 | $7,382.46 |
| 12/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.91 | $7,370.55 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.89 | $7,358.66 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.72 | $7,347.94 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.85 | $7,336.09 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.83 | $7,324.26 |
| 05/17/2022 | 1058 | Guadalupe County | Fee for abstrating judgment | 2990-000 | | $30.00 | $7,294.26 |
| 05/17/2022 | 1059 | Galveston County | Fee for abstrating judgment | 2990-000 | | $30.00 | $7,264.26 |
| 05/17/2022 | 1060 | Harris County | Fee for abstrating judgment | 2990-000 | | $22.00 | $7,242.26 |
| 05/17/2022 | 1061 | Travis County | Fee for abstrating judgment | 2990-000 | | $30.00 | $7,212.26 |
| | | | **SUBTOTALS** | | $0.00 | $877.14 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-32041-H5-7 | | Trustee Name: | Ronald J. Sommers |
| Case Name: | SPORTS at THE B.U.S., LTD. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6749 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 3/2/2011 | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 3/19/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.43 | $7,200.83 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.26 | $7,189.57 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.60 | $7,177.97 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.58 | $7,166.39 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.93 | $7,154.46 |
| 10/10/2022 | 1062 | Stewart Title Company | Inv. #513325 Updated O&E Report on 942 Boros Dr. | 2990-000 | | $81.19 | $7,073.27 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.77 | $7,062.50 |
| 11/09/2022 | 1063 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $1.95 | $7,060.55 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.02 | $7,049.53 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.37 | $7,038.16 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.35 | $7,026.81 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.24 | $7,016.57 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.05 | $7,004.52 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.20 | $6,994.32 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.28 | $6,983.04 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.63 | $6,971.41 |
| 07/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.52 | $6,960.89 |
| 08/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.23 | $6,949.66 |
| 10/10/2023 | 1064 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $4.26 | $6,945.40 |
| 08/08/2024 | | Home Town Bank | #283 07/15/24 Assignment of the Claims | * | $6,000.00 | | $12,945.40 |
| | {21} | | $3,000.00 | 1249-000 | | | $12,945.40 |
| | {17} | | $3,000.00 | 1249-000 | | | $12,945.40 |
| 12/09/2024 | 1065 | Margaret M. McClure, Attorney at Law | Final Distribution on Claim #: ; Amount Claimed: 1,782.52; Amount Allowed: 1,782.52;  Claim #: ; | 6210-160 | | $1,782.52 | $11,162.88 |
| 12/09/2024 | 1066 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $9,862.79 | $1,300.09 |
| | | | **SUBTOTALS** | | $6,000.00 | $11,912.17 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-32041-H5-7 | Trustee Name: Ronald J. Sommers |
| Case Name: | SPORTS at THE B.U.S., LTD. | Bank Name: Veritex Community Bank |
| Primary Taxpayer ID #: | **-***6749 | Checking Acct #: ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: CHK |
| For Period Beginning: | 3/2/2011 | Blanket bond (per case limit): $6,311,062.50 |
| For Period Ending: | 3/19/2025 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/09/2024 | 1067 | United States Trustee | Final Distribution on Claim #: 29; Amount Claimed: 1,300.09; Amount Allowed: 1,300.09;  Claim #: 29; | 2950-000 | | $1,300.09 | $0.00 |
| 01/23/2025 | 1065 | Margaret M. McClure, Attorney at Law | Void of Check# 1065 | 6210-163 | | ($1,782.52) | $1,782.52 |
| 01/23/2025 | 1068 | Clerk, US Bankruptcy Court | #293 02/13/25 Unclaimed Funds | 6210-161 | | $1,782.52 | $0.00 |
| | | | **TOTALS:** | | $322,312.81 | $322,312.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $322,312.81 | $322,312.81 | |
| | | | **Less: Payments to debtors** | | $0.00 | $8,295.09 | |
| | | | **Net** | | $322,312.81 | $314,017.72 | |

| For the period of 3/2/2011 to 3/19/2025 | | For the entire history of the account between 01/23/2012 to 3/19/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $322,312.81 | Total Compensable Receipts: | $322,312.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $322,312.81 | Total Comp/Non Comp Receipts: | $322,312.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $314,017.72 | Total Compensable Disbursements: | $314,017.72 |
| Total Non-Compensable Disbursements: | $8,295.09 | Total Non-Compensable Disbursements: | $8,295.09 |
| Total Comp/Non Comp Disbursements: | $322,312.81 | Total Comp/Non Comp Disbursements: | $322,312.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 11-32041-H5-7 | |
| **Case Name:** | SPORTS at THE B.U.S., LTD. | |
| **Primary Taxpayer ID #:** | **-***6749 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/2/2011 | |
| **For Period Ending:** | 3/19/2025 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Veritex Community Bank |
| **Checking Acct #:** | ******4101 |
| **Account Title:** | CHK |
| **Blanket bond (per case limit):** | $6,311,062.50 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $322,312.81 | $322,312.81 | $0.00 |

| **For the period of 3/2/2011 to 3/19/2025** | | **For the entire history of the case between 11/10/2011 to 3/19/2025** | |
|---|---|---|---|
| Total Compensable Receipts: | $322,312.81 | Total Compensable Receipts: | $322,312.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $322,312.81 | Total Comp/Non Comp Receipts: | $322,312.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $314,017.72 | Total Compensable Disbursements: | $314,017.72 |
| Total Non-Compensable Disbursements: | $8,295.09 | Total Non-Compensable Disbursements: | $8,295.09 |
| Total Comp/Non Comp Disbursements: | $322,312.81 | Total Comp/Non Comp Disbursements: | $322,312.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS